## WILLS v ANCHOR CARTAGE & STORAGE CO et

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided Feb 3, 1930

For full opinion see 176 NE 680; 38 Oh Ap 358; (Oh Bar 8-4-31).